**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-01048-WDM-CBS

KALIE McARTHUR , a mentally disabled person,
by and through her parents and legal guardians,
JAMES McARTHUR and
CINDY STARR

    Plaintiff,

v.

ACADEMY SCHOOL DISTRICT TWENTY;
BOARD OF EDUCATION OF ACADEMY SCHOOL DISTRICT TWENTY;
GIL BIERMAN, individually and in his official capacity as principal of Rampart High School in Academy School District Twenty;
EMILY SZWARC, individually and in her official capacity as a special education teacher for Academy School District Twenty;
LORI WRIGHT, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS A PARA-PROFESSIONAL FOR ACADEMY School District Twenty; and
DOES 1 THROUGH 10, who are unknown persons,

    Defendants.

---

### ORDER RE: DISCLOSURE OF CERTAIN STUDENT RECORDS

On July 31, 2006, the Court held a Scheduling Conference in the above matter. During the Conference, Plaintiff requested that the School District Defendants be compelled to produce the School's records of the now 17 year old former field trainer who was assigned to work with Kalie McArthur on September 14, 2004. In response, the School District Defendants advised the Court that they believed Plaintiff and Co-Defendant, Emily Szwarc, were entitled to these records, but that the provisions of 20 U.S.C. 1232(g)(b)(2) prohibit disclosure unless the School District Defendants are ordered to do so by the Court and upon condition that the 17 year old former student and his parents are notified of such order in advance of production of the records.

The Court having considered the positions of the parties does hereby ORDER:

1. Within 14 days of the date of this Order, the School District shall produce the School Records of the 17 year former old student. Thereafter, the use and disclosure of these School Records by the Parties shall be controlled by a Protective Order entered by the Court; and,

2. The School District shall immediately notify the Student and his Parents, by Certified and Regular Mail, that the Court has Ordered production of the Student's School Records pursuant to a Protective Order; and,

3. In the notification, the School District shall provide a copy of this Order and the Court entered Protective Order to the Student and his Parents.

Signed this 7th day of August 2006.

                                                    BY THE COURT:

                                                    *s/Craig B. Shaffer*
                                                    Craig B. Shaffer
                                                    United States Magistrate Judge

APPROVED:

WEEKS & LUCHETTA, LLP


s/ JEFFREY L. WEEKS
Jeffrey Lenn Weeks, Esq.
102 South Tejon, #910
Colorado Springs, Colorado 80903
*Attorney for Plaintiff*


TREECE, ALFREY, MUSAT & BOSWORTH, P.C.


s/ FRANCINE M. GUESNIER
Thomas N. Alfrey, Esq.
Francine M. Guesnier, Esq.
999 18th Street, Suite 1600
Denver, Colorado 80202
*Attorneys for Academy School District Twenty, Board of Education of Academy School District Twenty, Gil Bierman, and Lori Wright*


MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP


s/ ALICE M. HOSLEY
John Cardinal Parks, Esq.
Alice Quinn Hosley, Esq.
1700 Broadway, Suite 1900
Denver, Colorado 80290
*Attorneys for Defendant Emily Szwarc*