IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-01048-WDM-CBS

KALIE MCARTHUR, et al.,

    Plaintiffs,

v.

ACADEMY SCHOOL DISTRICT TWENTY, et al.,

    Defendants.

## NOTICE OF DISMISSAL AS TO DEFENDANT GIL BIERMAN ONLY

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed as to defendant Gil Bierman only, with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on December 7, 2006.

                        BY THE COURT:

                        s/ Walker D. Miller
                        United States District Judge

PDF FINAL