IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01048-WDM-CBS

KALIE MCARTHUR, a mentally disabled person,
by and through her parents and legal guardians,
JAMES McARTHUR and CINDY STARR,

      Plaintiff,

v.

ACADEMY SCHOOL DISTRICT TWENTY,
BOARD OF EDUCATION OF ACADEMY SCHOOL
DISTRICT TWENTY,
EMILY SZWARC, individually
and in her official capacity as a special education teacher for
ACADEMY SCHOOL DISTRICT TWENTY;
LORI WRIGHT, individually
and in her official capacity as a para-professional for
ACADEMY SCHOOL DISTRICT TWENTY;
DOES 1 THROUGH 10, who are unknown persons,

      Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Defendants' Unopposed Motion Requesting That Court Enter a Protective Order (*doc. no. 69*) is **GRANTED**.

      In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2  parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.) regarding the execution of the protective order.

**DATED:**      January 25, 2007