IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-01048-WDM-CBS

KALIE MCARTHUR, et al.,

    Plaintiffs,

v.

ACADEMY SCHOOL DISTRICT TWENTY; et al.,

    Defendants.

## NOTICE OF DISMISSAL OF CLAIMS AGAINST LORI WRIGHT

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice as to Lori Wright in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed with prejudice as to Lori Wright only, individually and in her official capacity, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on March 22, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge

PDF FINAL