IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-01048-WDM-CBS

KALIE MCARTHUR, et al.,

      Plaintiffs,

v.

ACADEMY SCHOOL DISTRICT TWENTY; et al.,

      Defendants.

_____

## ORDER OF ADMINISTRATIVE CLOSURE
_____

Miller, J.

      In light of the Unopposed Motion to Stay All Pending Deadlines Pending Probate Court Approval of Settlement filed April 3, 2007, this case shall be administratively closed pending the probate court approval.

      If no action is taken to reopen this case on or before April 7, 2008, the case will be dismissed without prejudice without further notice to any party.

      DATED at Denver, Colorado, on April 5, 2007.

                  BY THE COURT:


                  s/ Walker D. Miller
                  United States District Judge

PDF FINAL